UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **AARON LARRY BOWMAN** | **CIV. ACTION NO. 3:22-02824** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFFS OFFICE OUACHITA PARISH, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Rule 12(b) motion to dismiss [Doc. No. 9] filed by Defendants, City of Monroe, and Monroe Police Department, is **GRANTED** and that Plaintiff Aaron Bowman's claims against said Defendants only are hereby **DISMISSED WITH PREJUDICE,** in their entirety, for failure to state a claim upon which relief can be granted. FED. R. CIV. P. 12(b)(6).

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Plaintiff Aaron Bowman's federal law claims under 42 U.S.C. § 1983, *et seq*., against all Defendants are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted. FED. R. CIV. P. 12(b)(6).

**IT IS FURTHER ORDERED** that costs and fees are assessed against Plaintiff's counsel, Donecia Banks-Miley, for the total sum of $1,000.00, made payable to the Louisiana Department of Public Safety & Corrections, in the care of its attorney(s) of record, within the next 14 days. 28 U.S.C. § 1927.

**IT IS FURTHER ORDERED** that the state law claims against the remaining Defendants are hereby **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of

Louisiana. 28 U.S.C. § 1367(c).

      Monroe, Louisiana, this 9th day of March 2023.

                                                                         _____
                                                                        TERRY A. DOUGHTY
                                                                        UNITED STATES DISTRICT JUDGE